UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA BAKAY, et al., <br>    Plaintiffs, <br><br>  v. <br><br> APPLE INC., <br>    Defendant. | Case No. 24-cv-00476-RS <br><br> **ORDER TO SHOW CAUSE** |

On July 11, 2024, an order granting the motion to dismiss the complaint was issued in this matter. Plaintiffs were granted leave to amend within 30 days of that order, correlating with a deadline of August 10, 2024. No amendment was filed by that date. Accordingly, Plaintiffs are ordered to show cause within 7 days from the date of this order, explaining why this action should not be dismissed. Following the 7 days, if Plaintiffs fail to show cause, the action will be dismissed without prejudice and judgment will be entered for Apple.

**IT IS SO ORDERED**.

Dated: August 15, 2024

_____
RICHARD SEEBORG
Chief United States District Judge