1  **BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
2  yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
3  awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
4  New York, NY 10022
Tel.: (332) 322-8835
5

6  Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
7  Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
8  901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
9  Austin, TX 78746
Tel.: (213) 462-2772
10

11  *Attorneys for Plaintiffs and the Proposed*
*Class*
12

13  [additional counsel on signature page]

14
UNITED STATES DISTRICT COURT
15
NORTHERN DISTRICT OF CALIFORNIA
16
SAN FRANCISCO DIVISION
17

18  LUISA BAKAY, et al.,                          Case No. 3:24-cv-00476-RS

19         Plaintiffs,                            **PLAINTIFFS' NOTICE OF INTENT NOT TO FILE AN AMENDED COMPLAINT**

20         v.                                     Hon. Richard Seeborg

21  APPLE INC.,

22         Defendant.

23

24

25

26

27

28

On July 11, 2024, the Court issued an order granting Defendant Apple Inc.'s motion to dismiss the complaint and granting Plaintiffs leave to amend within 30 days. (Dkt. No. 40.) Plaintiffs hereby provide notice to Apple and the Court that they do not intend to file an amended complaint.

Dated: August 21, 2024

Respectfully submitted,

**BATHAEE DUNNE LLP**

By: */s/ Yavar Bathaee*
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson (CA 328596)
across@bathaeedunne.com
3420 Bristol St, Ste 600
Costa Mesa, CA 92626-7133

*Attorneys for Plaintiffs and the Proposed Class*

Case No. 3:24-cv-00476-RS                    Plaintiffs' Notice of Intent Not to File an Amended Complaint