**BATHAEE DUNNE LLP**
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

*Attorneys for Plaintiffs and the Proposed Class*

[additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUISA BAKAY, et al., | Case No. 3:24-cv-00476-RS |
| Plaintiffs, | **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE** |
| v. | Hon. Richard Seeborg |
| APPLE INC., | |
| Defendant. | |

On July 11, 2024, the Court issued an order granting Defendant Apple Inc.'s motion to dismiss the complaint and granting Plaintiffs leave to amend within 30 days. (Dkt. No. 40.) Because Plaintiffs did not file an amended complaint by the deadline, on August 15, 2024, the Court ordered Plaintiffs "to show cause within 7 days from the date of this order, explaining why this action should not be dismissed." (Dkt. No. 42.) The Court further ordered that "[f]ollowing the 7 days, if Plaintiffs fail to show cause, the action will be dismissed without prejudice and judgment will be entered for Apple." (*Id.*)

Upon consideration, Plaintiffs do not intend to file an amended complaint. *See* Dkt. No. 43 (Plaintiffs' Notice of Intent Not to File an Amended Complaint). Plaintiffs plan to appeal the Court's dismissal order (Dkt. No. 40), and accordingly do not object to dismissal of this action, with judgment entered for Apple. *See Pinkert v. Schwab Charitable Fund*, 48 F.4th 1051, 1054 n.1 (9th Cir. 2022) (after dismissal with leave to amend, if "the plaintiff files 'a notice of intent not to file an amended complaint' and the district court enters judgment for the defendant, the judgment is final and appealable").

Dated: August 21, 2024

Respectfully submitted,

**BATHAEE DUNNE LLP**

By: */s/ Yavar Bathaee*
Yavar Bathaee (CA 282388)
yavar@bathaeedunne.com
Andrew C. Wolinsky (CA 345965)
awolinsky@bathaeedunne.com
445 Park Avenue, 9th Floor
New York, NY 10022
Tel.: (332) 322-8835

Brian J. Dunne (CA 275689)
bdunne@bathaeedunne.com
Edward M. Grauman (*pro hac vice*)
egrauman@bathaeedunne.com
901 South MoPac Expressway
Barton Oaks Plaza I, Suite 300
Austin, TX 78746
Tel.: (213) 462-2772

Allison Watson (CA 328596)
across@bathaeedunne.com
3420 Bristol St, Ste 600

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Costa Mesa, CA 92626-7133

*Attorneys for Plaintiffs and the Proposed Class*