UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUISA BAKAY, et al., <br><br>               Plaintiffs, <br><br>   v. <br><br>APPLE INC., <br><br>               Defendant. | Case No. 24-cv-00476-RS <br><br>**JUDGMENT** |

On July 11, 2024, the Court granted Defendant Apple Inc.'s motion to dismiss the complaint with leave to amend. Plaintiffs Luisa Bakay et al informed the Court on August 21, 2024 of their intention not to amend.

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Apple, Inc. and against Plaintiffs Luisa Bakay et al.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 23, 2024

_____

RICHARD SEEBORG
Chief United States District Judge